**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

    CHRISTINE A. JAMES                  Case No.:12-23833 TPA

          Debtor(s)

    Ronda J. Winnecour                  Document No.:
          Movant
       vs.
   No Repondents.

## TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

     1.  The case was filed on 07/31/2012  and confirmed on 02/28/2013 .  The case was subsequently (K)COMPLETED FUNDS TO DEBTOR

     2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 47,996.78 |
| Less Refunds to Debtor | 246.92 | |
| TOTAL AMOUNT OF PLAN FUND | | 47,749.86 |
| | | |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 7,337.69 | |
|   Trustee Fee | 1,714.56 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 9,052.25 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| NATIONSTAR MORTGAGE LLC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: XXX9526 | | | | |
| NATIONSTAR MORTGAGE LLC(*) | 9,390.10 | 9,390.10 | 0.00 | 9,390.10 |
|   Acct: XXX9526 | | | | |
| NATIONSTAR MORTGAGE LLC(*) | 0.00 | 25,833.63 | 0.00 | 25,833.63 |
|   Acct: 9526 | | | | |
| NATIONSTAR MORTGAGE LLC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: XXX9526 | | | | |
| | | | | 35,223.73 |
| **Priority** | | | | |
| RODNEY D SHEPHERD ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| CHRISTINE A. JAMES | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| CHRISTINE A. JAMES | 246.92 | 246.92 | 0.00 | 0.00 |
|   Acct: | | | | |
| CHRISTINE A. JAMES | 310.45 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |

| 12-23833 TPA | **TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 2 of 3 |
|---|---|---|---|---|

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Priority** | | | | |
| RODNEY D SHEPHERD ESQ | 2,701.00 | 2,701.00 | 0.00 | 0.00 |
| Acct: | | | | |
| RODNEY D SHEPHERD ESQ | 1,025.00 | 1,025.00 | 0.00 | 0.00 |
| Acct: | | | | |
| RODNEY D SHEPHERD ESQ | 3,611.69 | 3,611.69 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXXXXXXXXXXXXXXXX2-14 | | | | |
| SHALER ASD & SHALER TWP (EIT) | 1,128.51 | 1,128.51 | 0.00 | 1,128.51 |
| Acct: XXXXXX7-11 | | | | |
| CLERK, U S BANKRUPTCY COURT | 310.45 | 310.45 | 0.00 | 310.45 |
| Acct: XXXXRFND | | | | |
| | | | | 1,438.96 |
| **Unsecured** | | | | |
| DUQUESNE LIGHT COMPANY* | 513.40 | 38.78 | 0.00 | 38.78 |
| Acct: 1001 | | | | |
| PHFA(*) | 4,615.33 | 348.60 | 0.00 | 348.60 |
| Acct: XXX6603 | | | | |
| PNC BANK NA | 9,691.61 | 732.01 | 0.00 | 732.01 |
| Acct: XXX3957 | | | | |
| DYCK O NEAL INC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| GECC/SAMS CLUB++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| KOHL'S | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| STATE COLLECTION SERVICE INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| STATE COLLECTION SERVICE INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| STATE COLLECTION SERVICE INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| NCO FINANCIAL SYSTEMS INC(*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| USAA FSB | 11,936.77 | 901.58 | 0.00 | 901.58 |
| Acct: 9480 | | | | |
| PNC BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX3957 | | | | |
| SHALER ASD & SHALER TWP (EIT) | 184.68 | 13.95 | 0.00 | 13.95 |
| Acct: XXXXXX7-11 | | | | |
| EQUITABLE GAS CO (*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 2,034.92 |

| TOTAL PAID TO CREDITORS | | | | 38,697.61 |
|---|---|---|---|---|

TOTAL CLAIMED
PRIORITY                 1,438.96
SECURED                  9,390.10
UNSECURED               26.941.79

Date: 12/14/2017                                    /s/ Ronda J. Winnecour

RONDA J WINNECOUR PA
ID #30399
CHAPTER 13 TRUSTEE WD
PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.co
m