SCAN FORM AND ATTACHMENTS

## RECORD OF FUNDS RECEIVED FOR DEPOSIT

## INTO REGISTRY ACCOUNT

TO:    1.  Intake Clerk *        UC

2.  Case Administrator

FROM:    Financial Administrator

DATE: __12/14/2017__

CASE NAME: __Christine A. James__

CASE NUMBER: __12-23833__

---

Check Number __1060280__ in the amount of $ __63.53__ was received this date and placed in an existing registry account of unclaimed funds.

Receipt Number: __13544__        Intake Clerk's Initials __MF__

---

*    AFTER CHECK IS ENDORSED THROUGH THE REGISTER, PLEASE FORWARD TO THE APPROPRIATE CASE ADMINISTRATOR.

#4b-F

# OFFICE OF THE CHAPTER 13 TRUSTEE, W.D. PA

U.S. STEEL TOWER - SUITE 3250
600 GRANT STREET
PITTSBURGH, PA 15219
TELEPHONE: (412) 471-5566
FAX: (412) 471-5470
Email - inquiries@chapter13trusteewdpa.com

**RONDA J. WINNECOUR**
**STANDING TRUSTEE**

12/12/2017

| | | |
|---|---|---|
| Michael R. Rhodes, Esquire<br>Clerk, US Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>PIttsburgh, PA 15219 | OR | Michael R. Rhodes, Esquire<br>Clerk, US Bankruptcy Court<br>U.S. Courthouse, Room B160<br>17 South Park Row<br>Erie, PA 16501 |

Re: CHRISTINE A. JAMES

Case No: 1223833

Dear Mr. Rhodes:

I enclose herein a check which represents unclaimed monies in the Chapter 13 case reference above.
These funds are owned by the following debtor(s). The Trustee issued funds as a refund to the debtor(s), in accordance with the Chapter 13 plan. The address shown is based on the Trustee's best and most recent information.

Christine A. James
407 Heights Drive
Pittsburgh, PA 15209

CHECK NUMBER 1060280      AMOUNT $63.53

The disbursement(s) was returned to the Trustee for the following reason:

Trustee has been unable to locate debtor(s)

Therefore, pursuant to Section 347(a) of the Bankruptcy Code, the Trustee hereby pays the funds into Court for disposition in accordance with Chapter 129 of Title 28, U.S.C.

/s/ Jackie Blough
Administrative Assistant
for Ronda J. Winnecour, Esq.
Chapter 13 Trustee

CC: RODNEY D SHEPHERD ESQ
CHRISTINE A. JAMES